Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RAMON MURILLO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SYLVIA GARCIA,<br><br>　　　　Respondent. | No. ED CV 08-00476-GAF (VBK)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: 4/17/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE